UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEXANDER C. BECKMAN, et al.,<br><br>    Defendants. | Case No. 25-cv-00800-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Rita F. Lin for consideration of whether the case is related to *United States v. Beckman,* No. 25-cr-00012-RFL.

**IT IS SO ORDERED.**

Dated:  January 30, 2025



JON S. TIGAR
United States District Judge